

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00340-CR

BILLY MAPLES                                                    APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

----------

### FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

A jury convicted Appellant Billy Maples of criminal mischief, and the trial court imposed his ten-year sentence on November 8, 2011. Maples did not file a motion for new trial, so his notice of appeal was due December 8, 2011, but was not filed until July 18, 2012. *See* Tex. R. App. P. 26.2(a)(1). On July 25, 2012, we notified Maples of our concern that we may not have jurisdiction over this appeal, and we stated that we could dismiss the appeal for want of jurisdiction

---

[1]*See* Tex. R. App. P. 47.4.

unless he filed a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 44.3.  Maples filed a response, but it does not show grounds for continuing the appeal.  Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 30, 2012